# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS COOPER, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action |
| | : | File No. 1:13-CV- 0361-MHS |
| | : | |
| COBB COUNTY, A municipal | : | |
| subdivision of the State of Georgia, | : | |
| and R.W. HYATT, | : | |
| Defendants. | : | |

## CONSENT MOTION TO DISMISS DEFENDANT COBB COUNTY

Comes now Thomas Cooper, Plaintiff in the above-styled action, and respectfully moves the Court for an order allowing Plaintiff to dismiss all claims against the Defendant Cobb County. The dismissal is only for the claims against Cobb County, and all claims against Defendant R.W. Hyatt shall remain. As grounds therefore, Plaintiff shows the Court as follows:

1.

That at the time suit was filed, Plaintiff had probable cause to believe that some or part of the alleged constitutional violations were caused as a result of policies and practices of the Cobb County Police Department.

**2.**

**That after discovery, it has been determined that the acts complained of were not done as a result of policies and practices of the Cobb County Police Department, and therefore the Defendant Cobb County cannot be held liable under *Monell*.**

**Therefore, Plaintiff wishes to dismiss the Defendant Cobb County, and so moves the Court for an order.**

**Respectfully submitted,**

***S/ Clifford H. Hardwick*
Attorney for Plaintiff
Ga. Bar No. 325675**

**11205 Alpharetta Highway
Suite E-1
Roswell, GA30076-1442**

**(770) 772-4700**

**Consented to
*H. William Rowling, Jr.* (By express consent)
Ga. Bar No. 203765
H. William Rowling, Jr.
Deputy County Attorney
Cobb county Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090-7003**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS COOPER, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action |
| | : | File No. 1:13-CV- 0361-MHS |
| | : | |
| COBB COUNTY, A municipal | : | |
| subdivision of the State of Georgia, | : | |
| and R.W. HYATT, | : | |
| Defendants. | : | |

# ORDER

Plaintiff's Consent Motion to Dismiss the Defendant Cobb County, having duly came before the court, and for good cause shown, the motion is **GRANTED.**

The Defendant Cobb County, A municipal subdivision of the State of Georgia, is hereby dismissed from all claims in the case *sub judice*.

All claims against the Defendant R.W. Hyatt remain for future resolution, and are unaffected by the dismissal of Cobb County.

SO ORDERED THIS ___ DAY OF APRIL, 2014.

_____
**Marvin H. Shoob, Judge**
**US District Court**

# CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel in the foregoing matter with a copy of the *Plaintiff's Consent Motion to Dismiss Defendant Cobb County and Proposed Order* with the Clerk of Court using the CM/ECT system which will automatically send e-mail notification of such filing to the attorney of record:

                    H. William Rowling, Jr., Esq.
                    Cobb County Law Department
                    100 Cherokee Street, Suite 350
                    Marietta, GA 30090

This 7 th day of April, 2014.

                    S/ Clifford H. Hardwick
                    **Attorney for Plaintiff**
                    Georgia Bar No. 325675

**Roswell Professional Park**
**11205 Alpharetta Highway**
**Suite E-1**
**Roswell, Georgia 30076**

**(770) 772-4700**